Alexandra Wilson

Wilson Immigration

2151 Salvio Street, Suite 205, Concord, CA 94520

Telephone: 415-527-5886

Email: alexandra@wilsonimmigration.org

Pro Se

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Division: ⊠ **San Francisco**   ☐ **Oakland**   ☐ **San Jose**   ☐ **Eureka-McKinleyville**

| | |
|---|---|
| ALEXANDRA WILSON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES CITIZENSHIP AND<br><br>IMMIGRATION SERVICES,<br><br>　　　　　Defendant. | Case No.: 3:26-cv-04831-SK |

## <u>NOTICE OF INADVERTENT OMISSION OF SIGNATURE</u>

Plaintiff hereby notifies the Court that the version of Plaintiff's Complaint filed on May 22, 2026 (ECF No. 1) inadvertently omitted counsel's electronic signature. A corrected copy containing counsel's signature is attached as Exhibit A. No substantive changes have been made to the filing.

Date: June 4, 2026

<u>/s/ Alexandra Wilson</u>

Wilson Immigration
2151 Salvio Street, Suite 205,
Concord, CA 94520
Telephone: 415-527-5886
Email: alexandra@wilsonimmigration.org

1